IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-CR-000367-REB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. THARIN GARTRELL,

   Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED, that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce THARIN GARTRELL before a United States Magistrate Judge, as soon as practicable, for proceedings and appearances upon the charge set forth in the Indictment, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this 27th day of October, 2008.

~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
**BOYD N. BOLAND**
**United States Magistrate Judge**