**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Date: January 29, 2009

Courtroom Deputy: Ginny Kramer
Court Reporter: Suzanne Claar
Probation Officer: Katrina Devine

---

**Criminal Case No. 08-cr-00367 -REB**

UNITED STATES OF AMERICA, Robert Brown

v.

THARIN ROBERT GARTRELL, Edward Harris

Defendant.

---

**SENTENCING MINUTES**

---

**1:34 p.m. Court in session.**

The Defendant is present in Court ( in custody).

Court's opening remarks.

Pursuant to 18 U.S.C. § and F.R.Crim.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the defendant informs the Court that he has read and discussed the presentence report with the defendant.

Defendant's counsel made a statement on behalf of the defendant, offered information in mitigation of his punishment and commented on the probation officer's determinations and other matters affecting sentence.

The Court has considered all relevant matters of fact and law, including the following:

1. The nature and circumstances of the offense for which the defendant is

being sentenced.

2. The history and characteristics of the offender.
3. The authorized sentences under 18 U.S.C. § 3551.
4. The presentence report and addendum.
5. The advisory sentence guidelines.
6. The factors to be considered in imposing sentence pursuant to 18 U.S.C. § 3553(a)(2).
7. The position of the government, the defendant, and the probation department.

The Court enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**It was ORDERED as follows**:

1. That the plea agreement of the parties as stipulated in Court's Exhibits 1 and 2 is formally approved.

2. That judgment of conviction under fed.R.Crim.P. 32(k) is entered on Count One of the Indictment.

3. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **fifteen (15) days**, such sentence shall be served concurrently to any sentence previously imposed, including but not limited to the case in the City and County of Denver, Colorado, Case No. 2005-CR-5191.

4. That on release from imprisonment, the defendant shall be placed on supervised release for a term of **one (1) year**; provided furthermore, that within 72 hours of his release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the probation department within the district to which he is released.

5. That while on supervised release, the defendant shall comply with all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a).

6. That while on supervised release, the defendant shall comply with all standard conditions of supervised release in effect throughout this district as imposed by the court.

7. That while on supervised release, the defendant comply with the following explicit or special conditions of supervised release:

- that the defendant shall not violate any federal, state, or municipal statue, regulation, or ordinance in any jurisdiction or place where he may be during the term of his supervised release;

- that the defendant shall not process or use illegally controlled substances;

- that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

- that the defendant shall cooperate in the collection of a sample of his DNA.

- that the defendant shall submit to one drug test within fifteen (15) days from his release from prison, as directed by the probation department, and thereafter, to at least two periodic tests for the use of controlled substances as directed and determined by the court;

- that the defendant, at his own expense, and as directed by the probation department undergo an evaluation for alcohol and substance abuse, and a similar mental health evaluation; thereafter, again at his own expense, the defendant shall receive any treatment, therapy, counseling, testing or education prescribed by such an evaluation or as directed by his probation officer or as ordered by the court;

- that the defendant shall exert his best efforts to obtain his GED; and

- that the defendant shall reside in a community correctional facility for a term of **six (6) months** or until appropriate housing is approved, whichever occurs sooner; provided furthermore, that he shall comply with all rules, regulations, policies, orders, directives and contractual provisions of the community correctional facility in which he is placed.

8. That no fine is imposed.

9. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are imposed.

10. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00 for each count of conviction for a total of $100.00.

11. That the defendant is remanded to the custody of the United States Marshal.

The Defendant waives formal advisement of appeal.

**1:46 p.m. Court in recess.**
*Total in court time: 00:12 minutes - Hearing concluded*